ALB:JLG
F. #2018R02050

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 28 2019 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

RONALD DERISI,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. CR-19-90 JFB

(T. 18, U.S.C., §§ 115(a)(1)(B),
981(a)(1)(C) and 3551 et seq.; T. 21,
U.S.C., § 853(p); T. 28, U.S.C.,
§ 2461(c))

THE UNITED STATES ATTORNEY CHARGES:

THREATENING TO ASSAULT AND MURDER UNITED STATES OFFICIALS

    1.    On or about and between September 27, 2018 and October 19, 2018, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RONALD DERISI did knowingly and intentionally threaten to assault and murder one or more United States officials, with intent to impede, intimidate, and interfere with such officials while engaged in the performance of official duties, and with intent to retaliate against such officials on account of the performance of official duties, to wit: DERISI threatened to assault and murder two United States Senators, individuals whose identities are known to the United States Attorney, in retaliation for their support of the nomination and confirmation of a justice, an individual whose identity is known to the United States Attorney, to the United States Supreme Court.

    (Title 18, United States Code, Sections 115(a)(1)(B) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offense to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

*Richard P. Donoghue*
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK