# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 28 2019 ★

LONG ISLAND OFFICE

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19 CR 090 (JFB) |
| RONALD DERISI | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 02/28/2019

_Defendant's signature_

_Signature of defendant's attorney_

Martin Geduldig, Esq.
_Printed name of defendant's attorney_

S/ JOSEPH F BIANCO
_Judge's signature_

Hon. Joseph F. Bianco, U.S.D.J.
_Judge's printed name and title_

**COURT EXHIBIT**

1