## CRIMINAL CAUSE FOR GUILTY PLEA

BEFORE JUDGE BIANCO,

DATE: 2/28/2019     TIME: 2:30 p.m.     TIME IN COURT: 1 hr.

DOCKET NUMBER: CR 19-0090     TITLE: USA v. Ronald DeRisi

DEFT NAME: Ronald DeRisi
 X  PRESENT  ___ NOT PRESENT     X  IN CUSTODY  ___ ON BAIL

ATTY FOR DEFT: Martin Geduldig                    RETAINED
                                                X C.J.A.
 X PRESENT  ___ NOT PRESENT                     FED. DEF. OF
                                       NY, INC.

A.U.S.A. Justina Geraci          DEPUTY CLERK: Michele Savona

REPORTER: ___ PERRY AUERBACH   X  MARIE FOLEY   ___ PAUL LOMBARDI
___ HARRY RAPAPORT   ___ MARY ANN STEIGER   ___ DOM TURSI   ___ OWEN WICKER

INTERPRETER:

 X  CASE CALLED;

 X  COUNSEL FOR ALL SIDES PRESENT.

 X  DEFT (S) STATES TRUE NAME TO BE: _____

 ___ FIRST APPEARANCE OF DEFENDANT.

 X  WAIVER OF INDICTMENT EXECUTED.

 ___ SUPERSEDING INDICTMENT FILED.

 ___ SUPERSEDING INFORMATION FILED.

 x  DEFT(S) _____ ENTERS A GUILTY PLEA TO COUNT 1 OF THE INFORMATION.

 ___ DEFT(S) ___ WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA OF GUILTY TO COUNT ___ OF THE SUPERSEDING INFORMATION.

 X  COURT FINDS A FACTUAL BASIS FOR THE PLEA.

**　X　** SENTENCE DATE SET FOR  5/2/19  AT    10:00 AM

**　X　** PROBATION NOTIFIED.

**＿＿** BAIL STATUS CONTINUED FOR DEFT. ＿＿＿＿＿ .

**　X　** DEFT. ＿＿＿＿＿ CONTINUED IN CUSTODY.

**＿＿** BAIL SET AT ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**＿＿** CASE ADJ'D TO ＿＿＿＿＿＿＿＿＿＿＿＿＿

**＿＿** OTHER: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿