JJD:JLG
F.# 2018R02050

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 11 2019 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------X

UNITED STATES OF AMERICA

- against -

RONALD DERISI,

        Defendant.

---------------------------X

~~PROPOSED~~ ORDER

CR 19-090 (JFB)

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Justina L. Geraci, for a limited sealing order, by which information that would tend to identify the victims in this matter would be redacted from the public filing of the transcript of the plea allocution hearing held on February 28, 2019,

WHEREFORE, it is ordered that the defendant's plea allocution hearing transcript of February 28, 2019 is placed under seal;

IT IS FURTHER ORDERED that the government is to review said transcript and propose redactions consistent with its request to protect the identities of the victims; and

IT IS FURTHER ORDERED that, upon review and approval of the Court, the redacted transcript is then to be placed on the public docket.

Dated: Central Islip, New York
       March 11, 2019

S/ JOSEPH F BIANCO
HONORABLE JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK