# MARTIN GEDULDIG

**ATTORNEY AT LAW**

329 SOUTH OYSTER BAY ROAD
SUITE 228
PLAINVIEW NEW YORK 11803
516-794-1219
516-439-7808 (CELL)
516-935 7448 (FAX)
geduldig@optonline.net

April 29, 2019

Hon. Judge Joseph F. Bianco
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

        Re:  US vs. Ronald DeRisi
          Docket No. 19 CR 090 (JFB)

Dear Judge Bianco:

  My office represents Ronald DeRisi, the above captioned defendant, and I am writing to explain my client's position on his sentencing which is scheduled to take place at 10:00 a.m. on Thursday, May 2, 2019.  A guilty plea was taken on February 28, 2019 and at my client's request, the court allowed for an expedited sentencing schedule.  I received a copy of the Presentence Investigation Report prepared by the Probation Department on Friday, April 26, 2019. On Monday, April 29, 2019, I met with my client and we reviewed the report.  He had no objection to the information contained in his report.

  I explained to Ronald that I would be permitted to submit a sentence request.  I also told him the Government would be entitled to reply and submit their position on sentencing.  As a result of these submissions, it was likely the sentencing would be adjourned for a short period of time.  At this point, my client became extremely frustrated and advised that he objected to an adjournment and wanted to ask the Court to proceed with the imposition of his sentence.

  In reviewing the PSR, Ronald took great interest in the guideline calculation.  In particular he asked about the information contained in paragraph 86.  That section of the report states:

> Based upon a total offense level of 12 and a criminal history
> category of II, the guideline imprisonment range is 12 months
> to 18 months.  As an alternative, pursuant to Guideline 5C1.1(d)(2),
> Your Honor may impose a term of imprisonment of 6 months
> followed by a term of supervised release with a special condition
> requiring 6 months community confinement or home detention.

Ronald asked if he could go forward with sentencing on Thursday and request the Court impose the "6 and 6" sentence described in paragraph 86. I make that request and ask the Court to allow the sentencing to proceed and to impose the sentence described in paragraph 86.

As was stated earlier, DeRisi has no objection to the information contained in his report. He would particularly like the Court to take note of his military service (He was on active duty with the Navy from 1962-1964 and continued to serve in the Navy reserve from 1964- 1966, receiving an honorable discharge) (PSR, para. 77) Ronald takes great satisfaction in having a loving and supportive marriage. (PSR, para 54) He has three adult children with his first wife and maintains a close relationship with his two daughters and son. (PSR 53)  Ron is also proud of having had a long and successful business career with Motorola and Multi Media Communications.  (PSR 74-75)

Unfortunately, a turning point in his life occurred when he suffered back problems.  This resulted in three failed spinal surgeries which ultimately left him in constant and severe pain. HIs medical situation adversely affected his emotional state. (PSR, para 58)  He became easily distracted and suffered from debilitating mood swings. (PSR, para 55)  A psychological evaluation was prepared for the Court by Miriam Kissin, Psy.D which found, in part, Ronald suffers from a degree of cerebral atrophy associated with cognitive impairment, including memory deficits. (PSR, page 16)

His back problems cannot be used to explain or minimize his conduct, but it should be considered in determining the likelihood he will repeat this abnormal behavior. Ronald DeRisi is 74 years of age and has been a responsible, hardworking individual for most of his life.  He is appalled by the situation he created and fully accepts responsibility for his conduct.  He hopes he will be able to return to his wife and live a quiet, normal life.

Ron most respectfully asks the Court to impose the sentence described in paragraph 86 of his PSR, a 6 month term of imprisonment followed by 6 months of home detention and a period of supervised release.  Thank you for your consideration.

Yours truly,

Martin Geduldig

MG:jr

cc:  AUSA Justina Geraci