# MARTIN GEDULDIG
**ATTORNEY AT LAW**

329 SOUTH OYSTER BAY ROAD
SUITE 228
PLAINVIEW NEW YORK 11803
516-794-1219
516-439-7808 (CELL)
516-935 7448 (FAX)
geduldig@optonline.net

May 21, 2019

Hon. Joseph F. Bianco
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

                Re:  United States vs. Ronald DeRisi
                    Docket No. 19 CA 090 (JFB)

Dear Judge Bianco:

      My office represents Ronald DeRisi, the above captioned defendant.  I am writing in response to the <u>Addendum To The Presentence Report</u> recently submitted by the Probation Department.  I am in agreement with the factual findings contained in the Addendum, but do not want this letter to be taken as a rejection of the stipulations contained in the plea agreement which I signed along with my client.  There is no question that DeRisi was in possession of ammunition and made a number of specific, threatening telephone calls.  This conduct was taken as evidence of an intent to carry out his threats.

      I submit other facts existing in this case, fully explained by the Probation Department, support a defense argument for a sentence of "time served".  Such a sentence would be significantly lower than the guideline range set forth in the plea agreement.

      Among those other factors, the Probation Department's Addendum notes DeRisi's "physical infirmity, which made it virtually impossible for him to carry out his threats.  Additionally, there are several consistent psychological reports,

Page 2<br>
May 21, 2019

prepared over a period of years, which confirm my client's diminishing brain functions.

    It is the hope of my client and his family that his sentencing can proceed on May 31, 2019. He does not seek to vacate his plea agreement and hopes no other proceedings will be necessary. We respectfully request that a sentence of "time served" be imposed. Thank you for your consideration.

Yours truly,<br><br>
Martin Geduldig

cc:  AUSA Justina Geraci
      Jared Maneggio, USPO