**FILED
CLERK**

**BEFORE:** Joseph F. Bianco U.S.D.J
**DATE:** 6/3/2019   **TIME:** 11:00 a.m.   **TIME IN COURT:** 1 hr.
**DOCKET #:** CR 19-090
**CAPTION:** USA v. Ronald Derisi

6/3/2019 1:51 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**CRIMINAL CAUSE FOR SENTENCING**

**APPEARANCES:**

**Defense Counsel:** Martin Geduldig          **Defendant:** Ronald Derisi
_X_ Present ___ Not Present               _X_ Present ___ Not Present
___ CJA  ___ Retained  _X_ Federal Defenders       ___ On Bond  _X_ In Custody


**Government:** John Durham

**Interpreter:** ___

**Court Reporter:** Marie Foley          **COURTROOM DEPUTY:** Michele Savona


_X_ Case called.

_X_ Counsel for parties present.

___ Fatico Hearing held:

_X_ Sentencing held.

_X_ Statements of defendant and counsel heard.


**IMPRISONMENT:**

_X_ The defendant is sentenced to: 18 months

_X_ To be followed by 2 years of supervised release.

_X_ Special conditions of supervised release are as follows:

  1. The defendant shall participate in a mental health treatment program
     approved by the U.S. Probation Department.  The defendant shall
     contribute to the cost of services rendered or any psychotropic
     medications as prescribed, via copayment or full payment, in an amount
     to be determined by the Probation Department, based upon the
     defendant's ability to pay and/or the availability of third-party
     payment.

  2. The defendant shall submit his person, property, house, residence,
     vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)),
     other electronic communications or data storage devices or media, or
     office, to a search conducted by a United States Probation Officer.
     Failure to submit to a search may be grounds for revocation of release.
     The defendant shall warn any other occupants that the premises may be
     subject to searches pursuant to this condition. An officer may conduct
     a search pursuant to this condition only when reasonable suspicion
     exists that the defendant has violated a condition of his supervision
     and that the areas to be searched contain evidence of this violation.

   Any search must be conducted at a reasonable time and in a reasonable manner.

\_\_\_\_As a special condition of supervised release if the defendant leaves the country either voluntarily or involuntarily and reenters illegally, he/she will be deemed a violator thereof.

_X_ The defendant is remanded to the custody of the US Marshal.

\_\_\_\_The defendant shall surrender _____

\_\_\_The court makes the following recommendation to the Bureau of Prisons:\_

**PROBATION:**

\_\_\_\_The defendant is sentenced to: _____

\_\_\_\_Special conditions of probation: _____

\_\_\_\_During the term of probation, the court will not consider any travel request except for work or family emergencies.

**FINE, RESTITUTION & SPECIAL ASSESSMENT:**

\_\_\_\_The defendant is ordered to pay a fine in the sum of: $_____

\_\_\_\_The fine is payable: _____

\_\_\_ The fine is waived based on the defendant's inability to pay.

\_\_\_\_Restitution is ordered: _____

_X_  Special assessment in imposed in the sum of: $ 100.00.

_X_  All open Counts are dismissed on the motion of the Government.

_X_   The defendant is advised of his right to appeal.